MAGUIRE & COMPANY, INC., Appellant, *v.* LENT & LENT, INC., at al., Respondents, Impleaded with Others.

Argued March 7, 1938; decided April 12, 1938.

*Walter Fairchild* and *Mason G. Kassel* for appellant.

*Alexander Zager* and *Jules S. Tomkin* for respondents.

*John J. Bennett, Jr.,* Attorney-General (*Henry Epstein* of counsel), for State of New York.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.